FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 11 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

BRET WYATT NEAL
_____
(Name of Plaintiff)

**1:19-cv-03159-RMP**

vs.

Yakama County
Yakama county's DAS office
Yakama county Sheriffs office (Sheriff UDELL)
Alexisa James
Terry MOE, Joseph A. Brusic
_____
(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

### I.   Previous Lawsuits

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?     ☒ YES     ☐ NO

B. If your answer to A is yes, how many? ____1____  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: _Bret New_

Defendants: _Dr Shaw & Yakama county Jail and Yakama county_

-1-

(Rev. 11/09)

2. Court (give name of District): _Eastern District_

3. Docket Number: _1:19-CV-03135-RMP_

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):

   _still Pending_

6. Approximate date of filing lawsuit: _6/12/19_

7. Approximate date of disposition: _____

II.   **Place of Present Confinement:** _Yakama county Jail_

   A. Is there a prisoner grievance procedure available at this institution? ☒ YES   ☐ NO

   B. Have you filed any grievances concerning the facts relating to this complaint?
   ☒ YES   ☐ NO

   If your answer is NO, explain why not: _____

   C. Is the grievance process completed?   ☒ YES   ☐ NO

   D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?   ☒ YES   ☐ NO

   If your answer is NO, explain why not: _____

III.   **Parties to this Complaint**

   A. Name of Plaintiff: _Bret Neal_   Inmate No.: _035743  J-2_
   Address: _111 North Front St_
   _Yakima county Jail_
   _Yakima WA 98901_

   (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant: _____   Official Position: _____

   Place of Employment: _____

-2-

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): _Alexia James Terry Moe_

IV    **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

I was arrested under false Pretenses there was no investigation done. The head of the D.A. Joseph A. Brusic went with Past history instead.

My Defense has failed to Present any discovery regarding my case.

Alexisa is falsley accusing me while being Coerced by Terry Moe. The Sheriff's Never talked to me, and They tried to put state law on Trible Land when we have our own Laws to go by

5

**V.   Relief**

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.)

I want Alexisc James to be charged
and I want to be reimbursed for everything
I've lost - Mental distress, PTSD, Emotional
distress, loss of work.   IN The some
of $87, millen in damages

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  9th  day of  July  , 20 19 .

_____
(Signature of Plaintiff)

-4-